**Rudolph CHRISTENSEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40541.**

Missouri Court of Appeals,
Western District.

Dec. 20, 1988.

Motion for Rehearing to
Supreme Court Denied
Jan. 31, 1989.

Rudolph H. Christensen, Jefferson City, pro se.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and COVINGTON, JJ.

### ORDER

PER CURIAM:

From an evidentiary hearing denying his Rule 27.26 (now repealed) motion, the movant appeals. His claims of insufficiency of the information, fatal variance between information and verdict director, ineffective assistance of counsel, use of perjured testimony, insufficiency of the evidence, and the trial court's failure to make requisite findings and conclusions are all denied. Rule 84.16(b).